MILLARD J. BLOOMER, Respondent, *v.* ELEANOR L. COFFIN, as Executrix of JAMES A. COFFIN, Deceased, Appellant.

*Bills, notes and checks — action against executor of indorser of promissory note — sufficiency of notice of protest.*

*Bloomer* v. *Coffin,* 216 App. Div. 832, affirmed.

(Argued September 29, 1926; decided October 19, 1926.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 25, 1926, affirming a judgment in favor of plaintiff entered upon a verdict. The action was to recover the amount due on a promissory note of which defendant's intestate was an indorser. The defense was that due notice of non-payment of the note was not given to defendant, testator having died a few days after the making of the note. It appeared that notice of protest had been mailed addressed to testator at his former office and there was testimony that after his death all mail received at the office addressed to testator was forwarded to defendant's attorney.

*George H. Bruce* and *Ronald K. Brown* for appellant. *Frank Parker Ufford* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-LIN, CRANE, ANDREWS and LEHMAN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* CHARLES T. McKENZIE, Appellant.

*Crimes — libel — judgment of conviction affirmed.*

*People* v. *McKenzie,* 217 App. Div. 754, affirmed.

(Argued September 30, 1926; decided October 19, 1926.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 1, 1926, which affirmed a judgment of the Orange County Court rendered upon a verdict convicting the defendant of the crime of libel.